## MAY TERM, 1727.

### BRYAN vs. SMALLWOOD.

COVENANT upon a *deed* of *bargain and sale,* to recover the value of land sold, called *St. Bridget,* in Charles county, the title thereto not being good, &c. The *special verdict* stated, that the defendant before the sale of the land called *St. Bridget* to the plaintiff, caused the first line thereof to be run reverse, and the same consisting of 500 perches ran into the land claimed by *William Hoskins,* for which the said *Hoskins* had a verdict and judgment in an action of trespass and ejectment, brought by him against the plaintiff, viz. for 67 acres. That the distance between the first and second bound trees of the said land called *St. Bridget* is but 360 perches, instead of 500 perches mentioned in the grant thereof. That the breadth of the land is 92 perches, instead of 80 perches, and the bounds thereof contain no more than 207 acres instead of 250 acres. The defendant conveyed the land according to the expressions in the grant, and covenanted that he was seised, &c.

*E. Jenings,* for Plaintiff.

*Dulany* and *W. Bordley,* for Defendant.

JUDGMENT on the special verdict for the Defendant.

On appeal to the Court of Appeals, the judgment was *reversed* at July term, 1728.

———%———

## MAY TERM, 1728.

### SKIRVAN vs. WILLIS.

DEBT for an *Escape,* for 84*l.* 14*s.* 2*d.* sterling money, stating a recovery in the county court of 8030wt. tobacco, damages, and 441wt. tobacco, costs, with an averment of the value of the tobacco in money. SPECIAL DEMURRER. *Causes of demurrer,* That the defendant is sued in debt for tobacco, for a certain sum of money, whereas the debt, if any owing, was in tobacco.

*Howard,* (Attorney-General,) and *Beckingham,* for Plaintiff.

*Key* and *George,* for the Defendant.

JUDGMENT on the demurrer for the defendant.

On appeal to the Court of Appeals the judgment was *affirmed* at October term, 1729.